Judge Samuel J. Steiner
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re

LOUIS MARTIN LEE, SR. and
ROCHELLE DIANE LEE,

Debtors.

No. 10-20710

*EX PARTE* ORDER DISMISSING CASE
FOR FAILURE TO APPEAR AND SUBMIT
TO EXAMINATION AT MEETING OF
CREDITORS

THIS MATTER comes before the Court on the United States Trustee's *Ex Parte* Application for Order Dismissing Case for Failure to Appear and Submit to Examination at the Meeting of Creditors, pursuant to Local Bankruptcy Rule 1017-1(b). The debtors having been advised in the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines, that if the debtors failed to appear at the meeting of creditors, the United States Trustee would apply for an *ex parte* order of dismissal seven (7) days after the date scheduled for the meeting of creditors; the debtors having failed to file a written objection to the dismissal within seven (7) days after the scheduled meeting; and the Court being otherwise fully advised in the premises; it is

ORDERED that the case of Louis Martin Lee, Sr. and Rochelle Diane Lee is dismissed.

DATED:

*/s/ Samuel J. Steiner*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

ROBERT D. MILLER JR.
United States Trustee

/s/ Mark H. Weber
MARK H. WEBER, MSBA# 012798X
Assistant United States Trustee

*EX PARTE* ORDER DISMISSING CASE FOR
FAILURE TO APPEAR AND SUBMIT TO
EXAMINATION AT MEETING OF CREDITORS

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)